No. 85–983.   UNITED TRANSPORTATION UNION *v.* INTERSTATE COMMERCE COMMISSION ET AL.; and

No. 85–997.   BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* INTERSTATE COMMERCE COMMISSION ET AL.   C. A. D. C. Cir. Certiorari denied.   Reported below: 245 U. S. App. D. C. 311, 761 F. 2d 714.

No. 85–1054.   UNITED TRANSPORTATION UNION ET AL. *v.* MISSOURI PACIFIC RAILROAD CO. ET AL.   C. A. 8th Cir.   Certiorari before judgment denied.

No. 85–1957.   BRUNO ET AL. *v.* WESTERN PACIFIC RAILROAD CO. ET AL.   Sup. Ct. Del.   Certiorari denied.

No. 86–990.   RCA CORP. *v.* MALIA ET UX.   C. A. 3d Cir. Certiorari denied.

No. 86–1340.   RUSSELL ET AL. *v.* SHEARSON LEHMAN BROTHERS, INC., FKA SHEARSON/LEHMAN AMERICAN EXPRESS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–1354.   MAYAJA, INC., ET AL. *v.* SHEARSON LEHMAN BROTHERS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–1447.   TORRES *v.* WEBB, SECRETARY OF THE NAVY. C. A. 9th Cir.   Certiorari denied.

No. 86–1529.   ORLOWSKI *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 86–1576.   WOLFE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–1578.   BURKE, BY AND THROUGH HIS NEXT FRIEND, DRAVES *v.* GENERAL MOTORS CORP. ET AL.   C. A. 6th Cir. Certiorari denied.

No. 86–1617.   BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* POLASKI ET AL.   C. A. 8th Cir.   Certiorari denied.